JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Black, Justin, R.

**(b)** County of Residence of First Listed Plaintiff: Thurston County, Wash.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Darren Patin, Pandit Law, LLC
701 Poydras Street, Suite 3950 New Orleans, La 70139
(504) 313-3800

## DEFENDANTS
Ensco International, Inc.

County of Residence of First Listed Defendant: Harris County, Tex.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
29 USC 621, 42 USC 12101, 29 USC 2601
Brief description of cause:
Age/Disability Discrimination and Family and Medical Leave Act Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A *(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 8/1/16
SIGNATURE OF ATTORNEY OF RECORD: *Darren Patin*

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN BLACK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO._____ |
| | § | |
| ENSCO | § | |
| | § | |
| INTERNATIONAL, INC. | § | |
| | § | |
| *Defendant* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Justin Black complains of Ensco International, Inc., defendant, and states as follows:

### I.  PARTIES

1.  Plaintiff, Justin Black, is an individual and resident of the state of Oregon who is at least 40 years old. At all times relevant to this suit until his termination in March 2015, he was employed by Ensco, PLC.

2.  Defendant, Ensco International, Inc., (hereinafter. "Ensco") is an offshore drilling company. Defendant constitutes an "employer" within the meaning of 29 U.S.C. § 203(d). Ensco is a Delaware Corporation, conducting business in Texas. Defendant may be served with process by serving its registered agent: Energy Service Company, Inc., 1445 Ross Avenue, Suite 2700, Dallas, TX 75202.

## II. JURISDICTION

3. The court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 over Plaintiff's claim of age and disability discrimination because these actions arise under federal law via the Age Discrimination in Employment Act, 29 U.S.C. § 621, et. seq., Titles I and V of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et. seq., and the Family Medical Leave Act, 29 U.S.C. § 2601, et. seq.

## III. VENUE

4. Venue is proper in the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1331(b)(1) because the acts of discrimination occurred within this district.

5. Plaintiff timely filed a Charge of Discrimination, Charge #460-2016-00701, with the EEOC, a true and correct copy of which is attached as Exhibit A.

6. The EEOC issued a Notice of Right to Sue letter dated May 31, 2016, a true and correct copy which is attached as Exhibit B. Thus, Plaintiff has filed this cause of action within 90 days of receipt of his notice of right to sue.

## VI. FACTS

7. Plaintiff Justin Black, who is over forty (40), is a former employee of the defendant.

8. Plaintiff worked as a Shipboard Electronics Technician for more than three years in a department with fifty employees, including himself, and never had any infractions or disciplinary issues.

9. At the time of his termination, Mr. Black was working on an offshore drilling rig and drill ship in the Gulf of Mexico. He was the Senior Electronic Technician in terms of experience.

10. Throughout his employment with Ensco, Mr. Black struggled with alcoholism and its disabling effects, including but not limited to trouble sleeping and eating.

11. In or about February 2015, Mr. Black, informed Ensco of his disability for the first time and his need for impatient treatment.

12. Mr. Black requested three weeks leave under the Family and Medical Leave Act to coincide with his upcoming four weeks of offshore duty as to not miss any work duty.

13. Mr. Black was set to return to work on March 12, 2015, but on or about March 7, 2015, he received a call from his department's captain informing him he was being laid off.

14. On March 17, 2015, Mr. Black received a formal letter from Chris Johnson, Ensco's Vice President of North American Affairs stating that Mr. Black's position was being eliminated due to reduced oil prices and oversupply.

15. Upon further investigation, Mr. Black was informed that his position was the only one purportedly subject to elimination. He later learned his position had been maintained and filled by a much younger employee who was transferred from a different division. That transferred employee's original position was then filled by another employee.

16. Overall, no jobs in Mr. Black's former department were eliminated by Ensco, and Mr. Black was the only person in his crew that was laid off.

## V. CAUSES OF ACTION

**Count One – Violation of Age Discrimination in Employment Act (29 U.S.C. § 621, et. seq.)**

17. The foregoing paragraphs are incorporated by reference for all purposes.

18. The Defendant's conduct as alleged above constitutes age discrimination in violation of the Age Discrimination in Employment Act. The stated reasons for Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count Two – Violation of Title 1 and V of the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101, et. seq.)**

19. The foregoing paragraphs are incorporated by reference for all purposes.

20. The Defendant's conduct as alleged herein constitutes discrimination based on a disability in violation of Titles I and V of the Americans with Disabilities Act of 1990. The stated reasons for Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count Three – Violation of the Family and Medical Leave Act (29 U.S.C. § 2601, et. seq.)**

21. The foregoing paragraphs are incorporated by reference for all purposes.

22. The Defendant's failure to return the Plaintiff to the same or a nearly identical job upon returning from his appointed leave as alleged herein constitutes a violation of the Family and Medical Leave Act. The stated reasons for Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's violation of the Act.

## VI. PRAYER FOR RELIEF

23. WHEREFORE, the plaintiff requests that the court award him:

a. General, compensatory, and exemplary damages as are proper, and to which Plaintiff suffered because of the discrimination;

b. Costs and reasonable attorney's fees incurred with this lawsuit with interest thereon; and

c. Other damages and further relief as deemed just.

## VII. JURY DEMAND

The Plaintiff requests trial by jury.

Respectfully submitted,

**PANDIT LAW, LLC.**

By: _____
**DARREN A. PATIN**
**U.S.D.C. S.D. Texas Bar #680639**
**La State Bar#23244**
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone:   (504) 313-3800
Facsimile:   (504) 313-3820
Attorney for Plaintiff, **Justin Black**