UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN BLACK, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-2314 |
| § | |
| ENSCO INTERNATIONAL INCORPORATED, § | |
| § | |
| Defendant. § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON October 24, 2016 at 9:30 AM

Appearances:   Darren A. Patin
William J. Wisdom

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | November 2, 2016 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | February 28, 2017 |
| Report furnished by: | February 28, 2017 |
| Defendant's experts to be designated by: | April 10, 2017 |
| Report furnished by: | April 10, 2017 |
| Discovery to be completed by: | June 30, 2017 |
| Dispositive motions due by: | July 30, 2017 |
| Docket call to be held at 11:30 AM on: | October 2, 2017 |
| Estimated trial time: 3-4 days | Jury Trial |

The following rulings were made:

Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

It is so ORDERED.

SIGNED on this 24th day of October, 2016.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1